■ Julio Chavez, Respondent, v James J. Errico et al., Appellants. [679 NYS2d 843] —In an action to recover damages for personal injuries, the defendants appeal from an order of the Supreme Court, Nassau County (O'Connell, J.), entered November 14, 1997, which, after a hearing, denied their motion, *inter alia,* to vacate their default in appearing and answering the complaint.

Ordered that the order is affirmed, with costs.

Parties attempting to vacate a default in appearing in an action and answering must establish both a reasonable excuse for the default and a meritorious defense (*see, Roussodimou v Zafiriadis,* 238 AD2d 568; *Fennell v Mason,* 204 AD2d 599; *Putney v Pearlman,* 203 AD2d 333). The defendants have failed to satisfy that standard in this case. Bracken, J. P., Ritter, Copertino, Santucci and Altman, JJ., concur.